AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Gibran<br>Christian REYNA-RODRIGUEZ, YOB: 1988 (MEX)<br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. M-18-2518-M |

United States District Court
Southern District of Texas
FILED

DEC 10 2018

David J. Bradley, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __04/03/2018__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Methamphetamine, approximately 18.5 kilograms, a schedule II controlled substance, and Cocaine, approximately 5.25 kilograms, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

*Approval for filing*
*peprosit*
*12/05/2018*

_____
Complainant's signature

Christopher Donahue, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 10, 2018 1:42 pm

_____
Judge's signature

City and state: McAllen, Texas

Peter Ormsby, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT I

1. During March 2018, a Drug Enforcement Administration Task Force Officer, acting in an undercover capacity (hereafter, UC) began negotiations with Christian REYNA-RODRIGUEZ (hereafter, REYNA) to transport narcotics from the Rio Grande Valley area of Texas to Atlanta, Georgia. REYNA subsequently told the UC that the UC would be picking up four (4) to five (5) parts (narcotics) in Laredo, Texas.

2. On April 03, 2018, the UC telephonically spoke with REYNA and advised REYNA that the UC was in Laredo, Texas and was ready to receive the narcotics. REYNA subsequently told the UC that his associates were in route to the UC's location to make the delivery to the UC. On this same day, two (2) Hispanic males delivered four (4) tractor trailer batteries to the UC which were to be transported to Atlanta, Georgia. Later on this same day, REYNA told the UC that the UC would be paid after successfully delivering the narcotics.

3. On April 04, 2018, the UC telephonically spoke with REYNA. During the conversation, REYNA provided the UC with the telephone number of a person to contact in order to deliver the four (4) batteries.

4. On April 05, 2018, agents opened the four (4) batteries which revealed eighteen bundles of suspected narcotics. Twelve (12) bundles, weighing approximately 18.5 kilograms, tested positive for the characteristics and properties of methamphetamine. Six (6) bundles, weighing approximately 5.25 kilograms, tested positive for the characteristics and properties of cocaine. The suspected narcotics were removed from the four (4) batteries and substituted with simulated narcotics.

5. On April 05, 2018, the UC called the phone number provided to the UC the previous day by REYNA. The UC subsequently spoke with a Drug Trafficking Organization (DTO) member and provided the DTO member with the UC's location in Atlanta, Georgia. On this same day, a DTO member arrived at the UC's location and took custody of the four (4) batteries from the UC. The DTO member then provided the UC with $25,500 U.S. currency and departed the meeting location. Shortly after delivering the batteries to the DTO member, the UC telephonically spoke with REYNA. During the subsequent conversations, REYNA and the UC discussed the logistics of delivering the narcotics to Atlanta, Georgia.